**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; and Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust v. J. Howard Marshall, III; Vickie Lynn Marshall; Harvey Sorensen; and Foulston & Siefkin, L.L.P.

****

J. Howard Marshall, III v. Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; Harvey Sorensen; Foulston & Siefkin, L.L.P.; Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust; Charles Koch; Don Cordes; and Koch Industries, Inc.

****

Vickie Lynn Marshall v. Elaine Marshall, Individually, as Independent Executrix of the Estate of E. Pierce Marshall, as trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., as trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, as trustee of the J. Howard

Marshall, II, Living Trust, as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; E. Pierce Marshall, Jr., Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Preston Marshall, Individually, as trustee of the Marshall Petroleum, Inc., Stock Holding Trust, as trustee of the Marshall Heritage Foundation, and as trustee of the Marshall Legacy Foundation; Robert McIntyre, as temporary administrator of the Estate of J. Howard Marshall, II; Marshall Petroleum, Inc. n/k/a Trof, Inc.; Trof, Inc., f/k/a Marshall Petroleum, Inc.; Finley Hilliard, individually, as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; Harvey Sorensen; Foulston & Siefkin, L.L.P.; Dr. Stephen Cook, as trustee of the J. Howard Marshall, II, Living Trust

Appellate case number: 01-02-00114-CV

Trial court case number:     276,815-402

Trial court:                 Probate Court No. 2 of Harris County

E. Pierce Marshall, Individually, as will proponent, as independent executor of the estate of J. Howard Marshall, II, as co-trustee of the Marshall Grandchildren's Trust for the Benefit of E. Pierce Marshall, Jr., as co-trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall, as trustee of the Marshall Petroleum, Inc. Stockholding Trust, as trustee of the Marshall Museum and Library Trust, as trustee of the Bettye B. Marshall Living Trust, as trustee of the J. Howard Marshall, II, Marital Trust Number Two, and as trustee of the E. Pierce Marshall Family Trust created under the Bettye B. Marshall Living Trust Indenture dated October 30, 1990; Elaine Marshall, Individually, as co-trustee of the Marshall Grandchildren's Trust for the benefit of E. Pierce Marshall, Jr., and as co-trustee of the Marshall Grandchildren's Trust for the Benefit of Preston Marshall; E. Pierce Marshall, Jr.; Preston Marshall; Marshall Petroleum, Inc.; Trof, Inc.; Finley Hilliard, individually, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the Marshall Petroleum, Inc. Stock Holding Trust,

as trustee of the Grantor Retained Annuity Trust, as trustee of the J. Howard Marshall Charitable Lead Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number Two, and as trustee of the J. Howard Marshall, II, Family Trust; Ken Farrar, as trustee of the J. Howard Marshall, II, Living Trust, as trustee of the J. Howard Marshall, II, Liquidating Trust Number One, and as trustee of the J. Howard Marshall, II, Family Trust; and Dr. Stephen Cook, as trustee of the Marshall Museum and Library Trust [the "Marshall Family Defendants"] have filed a "Response to Order of March 13, 2014, Motion to Substitute Parties, and Motion to Substitute and for Leave to Allow Withdrawal of Counsel."

In their motion, the Marshall Family Defendants "request that the Court correct the names of the trustees and the various parties." We grant the request and order the substitution of the parties as reflected in the style above.

The Marshall Family Defendants further move to allow withdrawal and substitution of counsel. We grant the motion. Accordingly, we order that Robert Allen York and Don Fogel are permitted to withdraw from this appeal, and we order the Clerk of this Court to remove David W. Holman and B. Lee Ware from the list of active counsel in this appeal. The Clerk of this Court shall further substitute Timothy F. Lee as lead counsel on appeal for the Marshall Family Defendants.

Finally, the Marshall Family Defendants "request that the $50,000 which they paid to the reporter . . . not be used to benefit any other appellants." We construe the motion as a request to order the court reporter to refund the payment the Marshall Family Defendants made to the court reporter. We deny the motion.

It is so ORDERED.


Judge's signature: /s/ Chief Justice Sherry Radack
        ☒   Acting individually     ☐   Acting for the Court

Date: April 15, 2014